TONY WEST
Assistant Attorney General
FLORENCE T. NAKAKUNI (No. 2286)
United States Attorney
DERRICK K. WATSON (Cal. Bar No. 154427)
Assistant United States Attorney

VINCENT M. GARVEY
Deputy Branch Director
JAMES C. LUH (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OKLEVUEHA NATIVE AMERICAN CHURCH OF HAWAII, INC., MICHAEL REX "RAGING BEAR" MOONEY,<br><br>Plaintiffs<br><br>vs.<br><br>ERIC H. HOLDER, JR., U.S. Attorney General; MICHELE LEONHART, Acting Administrator, U.S. Drug Enforcement Administration; FLORENCE T. NAKAKUNI, U.S. | No. CV 09-00336 SOM-BMK<br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM; DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS; CERTIFICATE OF SERVICE** |

|  |  |
|---|---|
| Attorney for the District of Hawaii, | ) |
|  | ) |
| Defendants | ) |
|  | ) |

# DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM

Please take notice that pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Eric H. Holder, Jr., U.S. Attorney General; Michele Leonhart, Acting Administrator, U.S. Drug Enforcement Administration; and Florence T. Nakakuni, U.S. Attorney for the District of Hawaii, hereby move to dismiss this action for lack of subject matter jurisdiction and failure to state a claim as to all claims asserted by Plaintiffs Oklevueha Native American Church of Hawaii, Inc., and Michael Rex Mooney.  This motion is based on the attached supporting memorandum, together with such other matters and argument as may be presented at the hearing on the motion, the date and time of which will be set and noticed by the Court.

<table>
<tr><td>Date: October 22, 2009</td><td>Respectfully submitted,</td></tr>
</table>

Date: October 22, 2009              Respectfully submitted,

TONY WEST
Assistant Attorney General

FLORENCE T. NAKAKUNI
United States Attorney

DERRICK K. WATSON
Assistant United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants