STUART F. DELERY
Acting Assistant Attorney General

FLORENCE T. NAKAKUNI (No. 2286)
United States Attorney

THOMAS A. HELPER (No. 5676)
Assistant United States Attorney

ANTHONY J. COPPOLINO
Deputy Director
JAMES C. LUH (N.Y. Bar)
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington DC 20530
Tel: (202) 514-4938/(202) 514-3374
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
E-mail:  brad.rosenberg@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

_____

OKLEVUEHA NATIVE AMERICAN
CHURCH OF HAWAII, INC., *et al.*,

          Plaintiffs,

     v.

ERIC H. HOLDER, JR., *et al.*,

          Defendants.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV 09-00336 SOM-BMK

**CERTIFICATE OF
SERVICE RE:  NOTICE
OF DEPOSITION OF
MICHAEL REX
"RAGING BEAR"
MOONEY**

I hereby certify that, on June 21, 2013, a true and correct copy of a Notice of

Deposition of Michael Rex "Raging Bear" Mooney was served on the following

via first-class mail, with a courtesy copy that same date via e-mail:


Michael A. Glenn
1188 Bishop Street, Suite 3101
Honolulu, HI  96813
maglenn@ilowcostlegal.com



June 21, 2013                              /s/ Brad P. Rosenberg
                                           BRAD P. ROSENBERG
                                           Trial Attorney
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Ave., N.W.
                                           Washington DC 20530
                                           Tel: (202) 514-3374
                                           Fax: (202) 616-8460
                                           E-mail:  brad.rosenberg@usdoj.gov

                                           Attorney for Defendants