STUART F. DELERY
Acting Assistant Attorney General

FLORENCE T. NAKAKUNI (No. 2286)
United States Attorney

THOMAS A. HELPER (No. 5676)
Assistant United States Attorney

ANTHONY J. COPPOLINO
Deputy Director
JAMES C. LUH (N.Y. Bar)
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington DC 20530
Tel: (202) 514-4938/(202) 514-3374
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
E-mail:  brad.rosenberg@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OKLEVUEHA NATIVE AMERICAN CHURCH OF HAWAII, INC., *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>ERIC H. HOLDER, JR., *et al.*, <br><br>　　　　Defendants. | No. CV 09-00336 SOM-BMK <br><br>**CERTIFICATE OF SERVICE RE:  NOTICE OF DEPOSITION OF OKLEVUEHA NATIVE AMERICAN CHURCH OF HAWAII, INC. PURSUANT TO RULE 30(b)(6)** |

I hereby certify that, on June 21, 2013, a true and correct copy of a Notice of Deposition of Oklevueha Native American Church of Hawaii, Inc. Pursuant to Rule 30(b)(6) was served on the following via first-class mail, with a courtesy copy that same date via e-mail:

Michael A. Glenn
1188 Bishop Street, Suite 3101
Honolulu, HI  96813
maglenn@ilowcostlegal.com


| | |
|---|---|
| June 21, 2013 | /s/ Brad P. Rosenberg |
| | BRAD P. ROSENBERG |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W. |
| | Washington DC 20530 |
| | Tel: (202) 514-3374 |
| | Fax: (202) 616-8460 |
| | E-mail:  brad.rosenberg@usdoj.gov |
| | |
| | Attorney for Defendants |