# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 09-00336SOM-BMK |
| CASE NAME: | Oklevueha Native American Church of Hawaii, Inc. et al. v. Holder et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | |
| DATE: | 07/02/2013 | TIME: | |

COURT ACTION:  EO:  On June 26, 2013, the court ordered Plaintiffs to respond to certain interrogatory requests.  Plaintiffs must do so no later than July 26, 2013.

Submitted by: Theresa Lam, Courtroom Manager